■ CHRISTOPHER HAMILTON, Appellant, v JOHN MILLER et al., Respondents. [967 NYS2d 864]— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. Present—Smith, J.P., Peradotto, Lindley, Valentino and Whalen, JJ.

■ In the Matter of BUFFALO PROFESSIONAL FIREFIGHTERS ASSOCIATION, INC., IAFF LOCAL 282, Appellant, v BUFFALO FISCAL STABILITY AUTHORITY et al., Respondents. [967 NYS2d 864]— Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Smith, Centra and Carni, JJ.

■ In the Matter of JAMES M. WEST, Petitioner, v MICHAEL SHEAHAN, Superintendent, Five Points Correctional Facility, Respondent. [967 NYS2d 863]— Motion to appeal denied. Present— Centra, J.P., Fahey, Carni, Whalen and Martoche, JJ.

■ SAMUEL TOMAINO, Appellant, v THOMAS MAROTTA, JR., Respondent. [967 NYS2d 864]— Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Centra, Carni, Sconiers and Martoche, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. LEROY PEOPLES, Appellant, v NEW YORK STATE DEPARTMENT OF CORRECTIONAL SERVICES, Respondent. [967 NYS2d 848]— The case is held, the decision is reserved, the motion to relieve counsel of assignment is granted and new counsel is to be assigned. Memorandum: Petitioner appeals from a judgment of Supreme Court that denied his petition for a writ of habeas corpus. Assigned counsel for petitioner moves to be relieved of the assignment on the ground that there are no appealable issues (see People v Crawford, 71 AD2d 38 [1979]). Upon a review of the record, we conclude that a nonfrivolous issue exists as to whether Supreme Court erred in denying the petition (see People ex rel. Keitt v McMann, 18 NY2d 257 [1966]). We therefore relieve counsel of his assignment and assign new counsel to brief this issue, as well as any other issues that counsel's review of the record may disclose. (Appeal from Judgment [denominated order] of Supreme Court, Wyoming County, Mark H. Dadd, J.—Habeas Corpus). Present—Scudder, P.J., Peradotto, Lindley, Whalen and Martoche, JJ. (Filed June 28, 2013.)